IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELORES COLEMAN, <br>               Plaintiff, <br>   <br> v. <br>   <br> PROGRESSIVE ADVANCED <br> INSURANCE COMPANY, <br>               Defendant. | : <br> : <br> : <br> :    CIVIL ACTION NO. 18-0549 <br> : <br> : <br> : <br> : |

## ORDER

**AND NOW,** this 5th day of March 2018, upon consideration of the parties' stipulation to remand the case [Doc. No. 4], hereby **ORDERED** that the Clerk of Court is **DIRECTED** to remand the case to the Court of Common Pleas of Philadelphia County, Pennsylvania forthwith. It is further **ORDERED** that Clerk of Court shall **CLOSE** the case in this Court.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.